UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

1S REO OPPORTUNITY 1, LLC,

                        Plaintiff,                **MEMORANDUM & ORDER**
                                                  25-CV-1710 (EK)(JRC)
          -against-

SHEPARD TOWERS LLC,

                        Defendant.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated February 23, 2026.  ECF No. 19.  Judge Cho recommends that I grant plaintiff's motion for default judgment.  The R&R goes on to recommend entry of a final judgment awarding damages and appointing a referee to conduct the foreclosure and sale of 341 Shepherd Avenue, Brooklyn, New York 11208 (also known as 341/343 Shepherd Avenue, Brooklyn, New York 11208) (the "Subject Property").  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Cho's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's

motion for default judgment is granted.  The Clerk of Court is

respectfully directed to enter final judgment appointing Mark L.

McKew, Esq. as referee to conduct the foreclosure and sale of

the Subject Property under the terms set forth in the proposed

Judgment of Foreclosure and Sale, ECF No. 18, and awarding

damages as follows:

1. $800,000.00 in unpaid principal; and

2. $573,664.14 in interest from June 2, 2022 through June
   23, 2025, plus additional interest at a rate of $533.11
   per day from June 24, 2025 until the entry of judgment.


SO ORDERED.


                              /s/ Eric Komitee
                              ERIC KOMITEE
                              United States District Judge



Dated:    March 10, 2026
          Brooklyn, New York

2